Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

[Suite 210]
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

September 24, 2021

*Document Electronically Filed*
Hon. Katherine H. Parker
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2021
```

      Re:    Jamison v. Commissioner of Social Security
               Civil Action No: 1:20-cv-08102-KHP

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
09/24/2021

Dear Judge Parker:

    This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on September 30, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

    If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **November 29, 2021**. Subsequently, in accordance with the pattern of the Standing Order, the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **December 29, 2021**. Plaintiff's Reply would then be due **January 8, 2022**.

Thank you for your consideration.

                                         Respectfully submitted,

                                         */s/ Howard D. Olinsky*
                                         Howard D. Olinsky, Esq.
                                         Bar Code H06529
                                         Counsel for Plaintiff

CC [via ECF]: Elizabeth J. Kim, Esq. (Counsel for Defendant)

**SO ORDERED.**

Dated: _____                         _____
      New York, NY                                 **Honorable Katherine H. Parker**
                                                      **U.S. Magistrate Judge**