

Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

December 1, 2021

*Document Electronically Filed*
Hon. Katherine H. Parker
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021

      Re:     Jamison v. Commissioner of Social Security
             <u>Civil Action No: 1:20-cv-08102-KHP</u>

Dear Judge Parker:

      I write respectfully on behalf of both parties to request an extension of time of thirty (30) days for Defendant to serve her portion of the Joint Stipulation in Lieu of Motion for Judgment on the Pleadings in this matter and for the Court to so order a briefing schedule that is consistent with the Court's February 2, 2021 Scheduling Order in Social Security Case. Defendant's portion of the Joint Stipulation is currently due on December 29, 2021. The parties seek this extension due to Plaintiff's error in filing a Motion and Memorandum as opposed to drafting the Joint Stipulation, the upcoming holidays, and the significant workload of both attorneys involved in briefing this case. This is the first request for an extension of Defendant to serve her portion of the Joint Stipulation.

      If this request is granted, the current deadlines would be adjusted as follows:

      Defendant shall serve her portion of the Joint Stipulation on Plaintiff by January 28, 2022.

      Plaintiff shall incorporate any reply to Defendant's contentions and deliver a completed copy of the Joint Stipulation signed by Plaintiff to Defendant by February 11, 2022.

      Defendant shall sign and electronically file the joint stipulation by February 14, 2022.

Thank you for your consideration.        Respectfully submitted,

                                            <u>*/s/ Howard D. Olinsky*</u>
                                            Howard D. Olinsky, Esq.
                                            Bar Code H06529
                                            Counsel for Plaintiff

**SO ORDERED.**

Dated: __12/2/2021__
      New York, NY

*Katherine H. Parker* (signature)
_____
**Honorable Katherine H. Parker**
**U.S. Magistrate Judge**

> The Court grants the Motion at ECF No. 20, which strikes documents at ECF Nos. 18 and 19. Additionally, the Court adopts the modified schedule requested by the parties.