UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Regina B. Jamison,

                           Plaintiff,                                 20 **CIVIL** 8102 (KHP)

          -v-                                                         **JUDGMENT**

Acting Commissioner of Social Security,

                           Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 25, 2022, the Court finds that the ALJ failed to properly develop the record and failed to satisfy the treating physicians' rule by failing to discuss the Burgess factors. As a result, pursuant to sentence four of 42 U.S.C. § 405(g), remand to the Commissioner of Social Security for further administrative proceedings is appropriate, and the Court does not reach the remaining arguments of the parties. As such, Plaintiff's motion is GRANTED, and the Commissioner's motion is DENIED.

**Dated:** New York, New York
           April 25, 2022

                                                               **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                      **BY:**
                                                                    **Deputy Clerk**