```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X  :
Regina Jamison,                                                 :
                                                                :
                              Plaintiff,                        :
                                                                :
              -against-                                         :
                                                                :
Commissioner of Social Security,                                :
                                                                :
                              Defendant.                        :
-------------------------------------------------------------X
```

**ORDER**

20-CV-8102 (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court has received plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support. (ECF No. 29-31.) Within two weeks, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

**SO ORDERED.**

Dated:   July 21, 2022
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge